THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 16, 2019



*Katherine M. Perhach*

Katherine Maloney Perhach
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:                                                    Chapter 13

Rasheed El f/k/a Anthony Lee Herring and                  Case No.  17-30849-kmp
Beautiful T. El f/k/a Carolyn Ann Carlisle-Herring,

                          Debtors.

---

### ORDER DISMISSING CASE

---

   The Court held a hearing on the Debtors' Motion for Hardship Discharge and the Chapter 13 Trustee's Objection to that Motion on October 15, 2019.  The Debtors appeared in person, pro se, and Rebecca Quiroz appeared in person for the Chapter 13 Trustee.

   Based upon the statements made at the hearing by the Debtors, it became clear during the hearing that the Debtors were not seeking a hardship discharge, but were instead seeking to voluntarily dismiss their case.  The Debtors' case has not been converted under Sections 706, 1112, or 1208 of the Bankruptcy Code.  Accordingly, and upon the request of the Debtors to voluntarily dismiss their case, and pursuant to 11 U.S.C. § 1307,

   IT IS HEREBY ORDERED: the Debtors' Motion for Hardship Discharge is denied; and

   IT IS FURTHER ORDERED: this bankruptcy case is dismissed effective immediately.

                          #####